THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ANA MARIA RAVINES DE SCHUR,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF UTAH; HOUSING AUTHORITY OF SALT LAKE CITY; REGION U.S. HOUSING AND URBAN DEVELOPMENT; and STATE OF UTAH CONTRACTORS TO HUMAN SERVICES FEDERAL FUNDING (DWS and others),<br><br>Defendants. | **ORDER ADOPTING [25] REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>Case No. 2:22-cv-00130-DBB-DAO<br><br>District Judge David Barlow |

United States Magistrate Judge Daphne A. Oberg issued a Report and Recommendation on November 30, 2022, recommending that the court dismiss the instant action without prejudice.[1] Judge Oberg concluded that Plaintiff Ana Maria Ravines de Schur's Amended Complaint[2] failed to state any plausible claim for relief over which this court had jurisdiction.[3] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(a).[4] Neither party filed an objection. Because no party filed a written objection to

---

[1] ECF No. 25.
[2] ECF No. 13.
[3] ECF No. 25, at 7.
[4] *Id.*

the Report and Recommendation by the specified deadline, and because Judge Oberg's analysis and conclusions are sound, the court adopts the Report and Recommendation.

## ORDER

Accordingly, the Report and Recommendation is ADOPTED.[5] The action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Signed December 20, 2022.

BY THE COURT

David Barlow
United States District Judge

---

[5] ECF No. 25.